RAY KIM LAW, APC
Raymond Y. Kim (SBN 251210)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel: 833-729-5529
Fax: 833-972-9546
Email: ray@raykimlaw.com

Attorney for Plaintiff
MIGUEL LERMA

MORGAN, LEWIS & BOCKIUS LLP
Andrew P. Frederick (SBN 284832)
Aleksandr Markelov (SBN 319235)
Kassia Stephenson (SBN 336175)
1400 Page Mill Road
Palo Alto, CA 94304
Tel:   +1.650.843.4000
Fax:   +1.650.843.4001
andrew.frederick@morganlewis.com
aleksandr.markelov@morganlewis.com

Attorneys for Defendants
AMAZON.COM SERVICES, LLC and
AMAZON LOGISTICS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL LERMA, JR., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM SERVICES, LLC., AMAZON LOGISTICS, INC., ACCURATE BACKGROUND, and DOES 1-5,<br><br>Defendants. | Case No. 8:22-cv-01727-FWS-JDE<br><br><u>Assigned For All Purposes To:</u><br>Honorable Fred W. Slaughter<br><br>**NOTICE OF SETTLEMENT** |

# NOTICE OF SETTLEMENT

Plaintiff Miguel Lerma, Jr. ("Plaintiff") and Defendants Amazon.com Services, LLC and Amazon Logistics, Inc. (together, "Amazon") (collectively, "the Parties"), by and through their counsel of record, hereby notify the Court that the Parties have agreed to settle the above-referenced matter on an individual basis. The Parties anticipate that they will be able to file a stipulated dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class claims pursuant to Federal Rule of Civil Procedure 41(a)(1) by October 27, 2023.

Based upon the foregoing, the Parties request that the Court vacate all pending deadlines in the case.

Dated:  September 21, 2023

RAY KIM LAW, APC

By  */s/ Raymond Y. Kim*
    Raymond Y. Kim

Attorneys for Plaintiff
MIGUEL LERMA, JR.

Dated:  September 21, 2023

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Andrew P. Frederick*
    Andrew P. Frederick
    Aleksandr Markelov
    Kassia Stephenson

Attorneys for Defendants
AMAZON.COM SERVICES, LLC;
AMAZON LOGISTICS

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 21, 2023

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Andrew P. Frederick*
Andrew P. Frederick
Aleksandr Markelov
Kassia Stephenson

Attorneys for Defendants
AMAZON.COM SERVICES, LLC;
AMAZON LOGISTICS